UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                                    JS-6

| Case No. | CV20-5369-RSWL(PDx) | Date | February 28, 2022 |
|---|---|---|---|
| Title | RAFAEL ARROYO, JR. v. THRIFTY PAYLESS, INC. | | |

| Present: The Honorable | RONALD S.W. LEW, UNITED STATES SENIOR DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

    On September 16, 2020, the parties file a Notice of Settlement[18], informing the Court that the parties had settled the above-referenced action. On September 25, 2020, the parties filed a Joint Stipulation to Vacate Dates Due to Settlement[19], allowing the parties to file a dismissal within 60 days or show cause why the case should not be dismissed for failure to prosecute. The Court granted the Joint Stipulation by Order[20] filed on September 29, 2020.

    On January 26, 2021, the Court followed up with a Text Entry[22] extending the parties filing of a dismissal or show cause why the case should not be dismissed for failure to prosecute. Pursuant to the Status Reports filed by plaintiff on February 2, 2021[23], April 19, 2021[25], May 17, 2021[28], and June 16, 2021[30], each time the Court extended the parties' filing of a dismissal or show cause why the case should not be dismissed for failure to prosecute by Text Entries[24][26][29][31].

    On June 22, 2021 and September 21, 2021, the Court followed up regarding the parties' filing of a dismissal or show cause why the case should not be dismissed for failure to prosecute by Text Entries[31][32]. On January 27, 2022, the Court issued an Order to Show Cause by Text Entry[33]. A response to the Order to Show Cause was to be filed and served no later than February 11, 2022. As of today's date, no such response has been received by this Court.

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV20-5369-RSWL(PDx) | Date | February 28, 2022 |
|---|---|---|---|
| Title | *RAFAEL ARROYO, JR. v. THRIFTY PAYLESS, INC.* | | |

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |